Michele R. Stafford, Esq. (SBN 172509)
Erica J. Russell, Esq. (SBN 274494)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
(415) 882-7900
(415) 882-9287 – Facsimile
mstafford@sjlawcorp.com
erussell@sjlawcorp.com

Attorneys for Plaintiffs

Michele Haydel Gehrke (SBN 215647)
Justin T. Curley (SBN 233287)
SEYFARTH SHAW LLP
560 Mission Street, Suite 3100
San Francisco, California  94105
(415) 397-2823
(415) 397-8549 – Facsimile
mgehrke@seyfarth.com
jcurley@seyfarth.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDS OF TRUSTEES OF SHEET METAL WORKERS LOCAL 104 HEALTH CARE PLAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BAYAREA BALANCING AND CLEANROOMS, INC., a California corporation,<br><br>Defendant. | Case No.: 14-1739 JST<br><br>**JOINT REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER THEREON**<br><br>Date:         October 1, 2014<br>Time:        2:00 p.m.<br>Courtroom: 9 (19th Floor)<br>Judge:       Hon. Jon S. Tigar |

Pursuant to Local Rules 16-2(e) and 7-12, the Parties hereby stipulate and request that the Case Management Conference currently scheduled for October 1, 2014, at 2:00 p.m., in this matter be continued for approximately sixty (60) days, as follows:

    1.    On June 23, 2014, counsel for Defendant appeared in this action.

---

**JOINT REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; and [PROPOSED] ORDER THEREON**                    Case No.: 14-1739 JST

2. On August 12, 2014, the Parties filed a Stipulated Request to Continue the Case Management Conference scheduled for August 27, 2014, because the result of Plaintiffs' audit of Defendant's records was pending with Plaintiffs' auditors. On August 13, 2014, the Court granted the Parties' Request and rescheduled the Case Management Conference to October 1, 2014.

3. Plaintiffs' auditors are still in the process of finalizing the audit report. After receipt of the auditors' report, the Parties will endeavor to resolve this matter without continued litigation.

4. There are no issues that need to be addressed by this Court at the currently scheduled Case Management Conference. In the interest of conserving costs as well as the Court's time and resources, the Parties respectfully request that the Court continue the currently scheduled Case Management Conference for approximately sixty (60) days, to allow for sufficient time for Plaintiffs' auditors to finalize their audit report and for the Parties to endeavor to resolve this action informally.

Dated: September 17, 2014         **SALTZMAN & JOHNSON LAW CORPORATION**

                                  By:      /s/ Michele R. Stafford
                                       Michele R. Stafford
                                       Attorneys for Plaintiffs

Dated: September 17, 2014         **SEYFARTH SHAW LLP**

                                  By:      /s/ Justin T. Curley
                                       Justin T. Curley
                                       Attorneys for Defendant

**IT IS SO ORDERED.**

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to December 3, 2014 at 2:00 p.m., and all related deadlines are extended accordingly.

Date: September 19, 2014

_____
THE HONORABLE _____
UNITED STATES _____

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Jon S. Tigar]

**JOINT REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; and [~~PROPOSED~~] ORDER THEREON**         Case No.: 14-1739 JST