UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDS OF TRUSTEES OF SHEET METAL WORKERS LOCAL 104 HEALTH CARE PLAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BAY AREA BALANCING AND CLEANROOMS, INC.,<br><br>　　　　Defendant. | Case No.  14-cv-01739-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Re: ECF No. 23 |

On November 17, 2014, the parties filed a joint request to continue their initial case management conference, which is currently set for December 3, 2014, by sixty days.  The parties believe that the case will settle once they have had enough time to review and negotiate regarding Plaintiffs' audit report.  ECF No. 23.  The Court has previously granted the parties two continuances of this conference.  See ECF Nos. 20, 22.

Accordingly, the Court hereby GRANTS the parties' stipulated request for a continuance. The initial case management conference will be held on Wednesday, February 4, 2015 at 2:00 p.m.  The parties shall file a joint case management statement by January 21, 2015.  If the case is still pending at that time, the conference will go forward as scheduled, regardless of the status of the parties' negotiations.

**IT IS SO ORDERED.**

Dated:  November 20, 2014

_____
JON S. TIGAR
United States District Judge