UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDS OF TRUSTEES OF SHEET METAL WORKERS LOCAL 104 HEALTH CARE PLAN, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>BAY AREA BALANCING AND CLEANROOMS, INC.,<br><br>　　　　Defendant. | Case No. 14-cv-01739-HSG<br><br>**ORDER DENYING REQUEST TO SET ASIDE ENTRY OF DEFAULT**<br><br>Re: ECF No. 33 |

On February 17, 2015, the parties filed a joint stipulation and proposed order to set aside the clerk's entry of default in this case. The parties propose that Bay Area Balancing and Cleanrooms, Inc. answer or otherwise respond to the complaint within 30 days of the requested order setting aside the entry of default.

Under Rule 55 of the Federal Rules of Civil Procedure, a court may set aside an entry of default upon a showing of "good cause." Fed. R. Civ. P. 55(c). The parties have not attempted to satisfy the "good cause" requirement here. Accordingly, the parties' requested relief is **DENIED**. If the parties renew their request to set aside the default, they must provide a sufficient basis for the Court to conclude that "good cause" supports the request, as required by Federal Rule of Civil Procedure 55. *See Brandt v. Amer. Bankers Ins.*, 653 F.3d 1108, 1111 (9th Cir. 2011) (listing three factors considered in determining whether "good cause" exists under Rule 55(c)).

**IT IS SO ORDERED**.

Dated: February 18, 2015

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge