1  EILEEN B. GOLDSMITH (SBN 218029)
   Altshuler Berzon LLP
2  177 Post Street, Suite 300
   San Francisco, California 94108
3  Telephone:  (415) 421-7151
   Facsimile:  (415) 362-8064
4  E-mail:  egoldsmith@altber.com

5  Attorneys for Plaintiff/Counterclaim Defendant
   Sheet Metal Workers' International Association
6  Local Union No. 104

7  MICHELE R. STAFFORD (SBN 172509)
   Saltzman & Johnson Law Corporation
8  44 Montgomery Street, Suite 2110
   San Francisco, CA 94104
9  Telephone:  (415) 882-7900
   Facsimile:  (415) 882-9287
10 Email:  mstafford@sjlawcorp.com

11 Attorneys for Plaintiffs Board of Trustees of
   Sheet Metal Workers Local 104 Health
12 Care Plan, et al.

13 JOSEPH W. McCARTHY (SBN 16443)
   Joseph W. McCarthy, A Law Corporation
14 400 Reed St./PO Box 58032
   Santa Clara, CA 95050
15 Telephone: (408) 727-4111
   Facsimile: (408) 727-4343
16 Email: joe@mccarthylawcorp.com

17 Attorneys for Defendant/Counterclaimant
   Bay Area Balancing & Cleanroom, Inc.
18

19                IN THE UNITED STATES DISTRICT COURT

20               NORTHERN DISTRICT OF CALIFORNIA

21 BOARD OF TRUSTEES OF SHEET          |  CASE NO. 3:14-cv-01739-HSG
   METAL WORKERS LOCAL 104 HEALTH      |
22 CARE PLAN, *et al.*,                |  **STIPULATION FOR EXTENSION OF TIME
                                       |  TO RESPOND TO COUNTERCLAIM AND
23                      Plaintiffs,    |  REQUESTING COURT TO VACATE
                                       |  MEDIATION DEADLINE; ORDER**
24 vs.                                 |
                                       |  Complaint Filed:     April 14, 2014
25 BAY AREA BALANCING AND              |  Trial Date:          Not Yet Set
   CLEANROOMS, INC.,                   |
26                                     |
                       Defendant.      |
27

28

WHEREAS on February 4, 2015, the Court set a deadline of May 5, 2015 for the parties to engage in mediation in this action (Dkt. 29);

WHEREAS the case was reassigned to this Court on February 13, 2015, and a Case Management Conference was scheduled for May 19, 2015 (Dkt. 39);

WHEREAS Defendant Bay Area Balancing & Cleanroom, Inc. ("Defendant") substituted counsel in this action, effective April 1, 2015 (Dkt. 42);

WHEREAS Defendant filed a counterclaim against Plaintiff Sheet Metal Workers' International Association, Local Union No. 104 ("Local 104") on April 1, 2015 (Dkt. 43);

WHEREAS under Fed. R. Civ. P. 12(a)(1)(B), Local 104's answer or other responsive pleading to the Counterclaim would be due on April 22, 2015;

WHEREAS Plaintiff/Counterclaim Defendant Local 104 has substituted counsel in this action, effective April 15, 2015 (Dkt. 44);

WHEREAS in light of these significant changes in the case since it was ordered to mediation, the parties believe it would not be productive to proceed to mediation at this time;

The parties hereby stipulate as follows:

1.      The deadline for Local 104 to file an answer or other responsive pleading to the Counterclaim is extended to May 13, 2015.

2.      The parties jointly ask the Court to vacate the May 5, 2015 deadline for engaging in mediation.

3.      The parties will address the issue of mediation in the Case Management Conference scheduled for May 19, 2015 and in their joint Case Management Conference statement.

Dated: April 17, 2015                          ALTSHULER BERZON LLP


By:   _/s/ Eileen B. Goldsmith_____
          Eileen B. Goldsmith

Attorneys for Plaintiff/Counterclaim Defendant Sheet Metal Workers' International Association, Local Union No. 104

1    Dated: April 17, 2015                    SALTZMAN & JOHNSON

2
                                             By:   _/s/ Michele Stafford_____
3                                                    Michele Stafford

4                                            Attorneys for Plaintiffs Board of Trustees of
                                             Sheet Metal Workers Local 104 Health
5                                            Care Plan, et al.

6

7
     Dated: April 17, 2015                    JOSEPH W. MCCARTHY, A LAW
8                                             CORPORATION

9
                                             By:   _/s/ Joseph W. McCarthy_____
10                                                   Joseph W. McCarthy

11                                           Attorneys for Defendant/Counterclaimant
                                             Bay Area Balancing & Cleanroom, Inc.
12

13
                                                  **ORDER**
14
     IT IS SO ORDERED.
15

16   Dated:  April 21, 2015                  _Haywood S. Gill, J._
                                             HON. HAYWOOD S. GILLIAM, JR.
17                                           United States District Judge

18

19

20

21

22

23

24

25

26

27

28

                                             2

SIGNATURE ATTESTATION

"I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document."

_/s/ Eileen B. Goldsmith_
Eileen B. Goldsmith