Joseph W. McCarthy [164433]
JOSEPH W. MCCARTHY, A LAW CORPORATION
400 Reed Street
Santa Clara, California 95050
Office:   (408) 727-4111
Fax:      (408) 727-4343
joe@mccarthylawcorp.com

Attorney for Defendant, BAY AREA BALANCING AND CLEANROOMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARD OF TRUSTEES OF SHEET METAL WORKERS LOCAL 104 HEALTH CARE PLAN, et al.<br><br>            Plaintiffs,<br><br>    vs.<br><br>BAY AREA BALANCING AND CLEANROOMS, INC.,<br><br>            Defendant. | CASE NO: C14-01739 ~~JST~~ HSG<br><br>**REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~ ORDER]**<br><br>DATE: May 19, 2015<br><br>TIME: 2:00 p.m.<br><br>DEPT: Courtroom 15 |

   1.   Defendant, BAY AREA BALANCING and CLEANROOMS, INC., requests that the Court allow it to appear by telephone at the Case Management Conference on May 19, 2015, at 2:00 p.m.

   2.   Good cause exists for granting this request as BAY AREA BALANCING and CLEANROOMS, INC.'s counsel's office is in Santa Clara, Calfornia.

DATED: May 12, 2015                    /s/ Joseph W. McCarthy
                                       Joseph W. McCarthy, Attorney
                                       for Defendant BAY AREA
                                       BALANCING AND CLEANROOMS, INC.

|   |   |
|---|---|
| 1 | **ORDER** |

IT IS SO ORDERED.

BAY AREA BALANCING and CLEANROOMS, INC.'s request to appear telephonically at the Case Management Conference is granted. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

DATED:     5/14/2015

*Haywood S. Gilliam Jr.*

Hon. Haywood S. Gilliam, Jr.

## Proof of Service

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 400 Reed Street, Santa Clara, California. On May 14, 2015, I served the within document(s):

**REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND [PROPOSED ORDER**

_____I sent such document from facsimile machines (408) 727-4343 on _____. I certify that said transmission was completed and that all pages were received and that a report was generated by said facsimile machine which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

_____by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed as set forth below.

by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

_____by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

**XX**   electronically by using the Court's ECF/CM System.

| | |
|---|---|
| Eileen B. Goldsmith (SBN 218029)<br>ALTSHULER BERZON LLP<br>177 Post Street, Suite 300<br>San Francisco, California  94108<br>Telephone: (415) 421-7151<br>Facsimile: (415) 362-8064<br>E-mail:<br>egoldsmith@altshulerberzon.com<br>Attorney for Sheet Metal Workers'<br>Local 104 | Michele R. Stafford,(SBN 172509)<br>Shivani Nanda,(SBN 253891)<br>SALTZMAN & JOHNSON LAW CORP.<br>44 Montgomery Street, Suite 2110<br>San Francisco, California  94104<br>Telephone: (415) 882-7900<br>Facsimile: (415) 882-9287<br>mstafford@sjlawcorp.com<br>snanda@sjlawcorp.com<br>Attorneys for Plaintiffs |

1  I am readily familiar with the firm's practice of collection
2  and processing correspondence for mailing.  Under that practice
3  it would be deposited with the U.S. Postal Service on that same
4  day with postage thereon fully prepaid in the ordinary course of
5  business.  I am aware that on motion of the party served, service
6  is presumed invalid if postal cancellation date or postage meter
7  date is more than one day after date of deposit for mailing in
8  affidavit.  I declare that I am employed in the office of a member
9  of the bar of this court at whose direction the service was made.

Executed on May 14, 2015, at Santa Clara, California.

*/s/ Joseph W. McCarthy*
Joseph W. McCarthy