1

EILEEN B. GOLDSMITH (SBN 218029)
Altshuler Berzon LLP

2

177 Post Street, Suite 300
San Francisco, California 94108

3

Telephone:  (415) 421-7151
Facsimile:  (415) 362-8064

4

E-mail:  egoldsmith@altber.com

5

Attorney for Plaintiff Sheet Metal Workers'
International Association Local Union No. 104

6

7

JOSEPH W. McCARTHY (SBN 16443)
Joseph W. McCarthy, A Law Corporation

8

400 Reed St./PO Box 58032
Santa Clara, CA 95050
Telephone: (408) 727-4111

9

Facsimile: (408) 727-4343
Email: joe@mccarthylawcorp.com

10

11

Attorney for Defendant Bay Area
Balancing & Cleanroom, Inc.

12

13

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

14

15

BOARD OF TRUSTEES OF SHEET
METAL WORKERS LOCAL 104 HEALTH
CARE PLAN, *et al.*,

16

17

Plaintiffs,

18

vs.

19

BAY AREA BALANCING AND
CLEANROOMS, INC.,

20

Defendant.

21

CASE NO. 3:14-cv-01739-HSG

**STIPULATION FOR EXTENSION OF TIME
TO RESPOND TO MOTION FOR LEAVE TO
FILE COUNTERCLAIM; ORDER**

Complaint Filed:     April 14, 2014
Trial Date:          Not Yet Set

22

23

24

25

26

27

28

WHEREAS on August 11, 2015, Defendant Bay Area Balancing and Cleanrooms, Inc. ("Defendant") filed a motion for leave to file a counterclaim (Dkt. 58);

WHEREAS the Defendant's motion was originally noticed for a hearing before the Court on September 24, 2015, but has been rescheduled to October 15, 2015 at 2:00 p.m.;

WHEREAS Plaintiff Sheet Metal Workers' International Association, Local Union No. 104 ("Local 104") intends to oppose Defendant's motion for leave to file a counterclaim;

WHEREAS pursuant to Local Rule 7-3, Local 104's opposition to Defendant's motion would be due on August 25, 2015;

WHEREAS Eileen B. Goldsmith, lead counsel for Local 104, is on vacation out of the country from August 13 through August 31, 2015;

The parties hereby stipulate as follows:

1.      The deadline for Local 104 to file an opposition to Defendant's motion for leave to file a counterclaim is extended to September 3, 2015.

2.      Defendant shall file any reply in support of its motion for leave to file a counterclaim on or before September 10, 2015.

Dated: August 12, 2015                          ALTSHULER BERZON LLP


                                                By:   _/s/ Eileen B. Goldsmith_____
                                                        Eileen B. Goldsmith

                                                Attorney for Plaintiff Sheet Metal Workers'
                                                International Association, Local Union No. 104

Dated: August 12, 2015                          JOSEPH W. MCCARTHY, A LAW
                                                CORPORATION


                                                By:   _/s/ Joseph W. McCarthy_____
                                                        Joseph W. McCarthy

                                                Attorney for Defendant Bay Area Balancing &
                                                Cleanroom, Inc.

1

**ORDER**

2  IT IS SO ORDERED.

3

4  Dated:  August 13, 2015

HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### SIGNATURE ATTESTATION

"I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document."

*/s/ Eileen B. Goldsmith*
Eileen B. Goldsmith