UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDS OF TRUSTEES OF SHEET METAL WORKERS LOCAL 104 HEALTH CARE PLAN, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>BAY AREA BALANCING AND CLEANROOMS, INC.,<br><br>    Defendant. | Case No.  14-cv-01739-HSG<br><br>**ORDER GRANTING MOTION TO VACATE MEDIATION DEADLINE AND DENYING MOTION TO VACATE MEDIATION REFERRAL**<br><br>Re: Dkt. No. 57 |

The parties filed a stipulated motion to vacate both the mediation deadline and referral of parties to mediation.  The Court GRANTS the motion to vacate the mediation deadline and DENIES the motion to vacate the mediation referral.  At the summary judgment hearing on January 14, 2016, the parties should be prepared to discuss the merits of moving forward with mediation and the setting of a new mediation deadline.

**IT IS SO ORDERED.**

Dated: 11/5/2015

                                                HAYWOOD S. GILLIAM, JR.
                                              United States District Judge