1  Joseph W. McCarthy [164433]
   JOSEPH W. MCCARTHY, A LAW CORPORATION
2  400 Reed Street
   Santa Clara, California 95050
3  Office:    (408) 727-4111
   Fax:       (408) 727-4343
4  joe@mccarthylawcorp.com

5  Attorney for Defendant,
   BAY AREA BALANCING AND CLEANROOMS, INC.
6

7
                    UNITED STATES DISTRICT COURT
8
                   NORTHERN DISTRICT OF CALIFORNIA
9

10 BOARD OF TRUSTEES OF SHEET    )   CASE NO: C14-01739 HSG
   METAL WORKERS LOCAL 104       )
11 HEALTH CARE PLAN, et al.,     )   [PROPOSED] ORDER GRANTING
                                 )   TELEPHONIC APPEARANCE AT CASE
12          Plaintiffs,          )   MANAGEMENT CONFERENCE
                                 )
13  vs.                          )   Date: May 24, 2016
                                 )
14                               )   Time: 2:00PM
   BAY AREA BALANCING AND        )
15 CLEANROOMS, INC.,             )   Hon. Haywood S. Gilliam, Jr.
                                 )
16          Defendant.           )
   _____)
17

18                              **ORDER**

19      The motion of Joseph W. McCarthy to appear telephonically at

20 the Case Management Conference is hereby granted. Joseph W.

21 McCarthy may attend the Case Management Conference on May 24,

22 2016 at 2:00 PM via telephone. Counsel shall contact CourtCall at

23 (866) 582-6878 to make arrangements for the telephonic appearance.

24      IT IS SO ORDERED.

25 Dated: _____May 19_, 2016         *Haywood S. Gilliam Jr.* (signature)

26                                     Hon. Haywood S. Gilliam, Jr.

27

28

---
[PROPOSED] ORDER                         1