Michele R. Stafford, Esq. (SBN 172509)
Erica J. Russell, Esq. (SBN 274494)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, California  94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
mstafford@sjlawcorp.com
erussell@sjlawcorp.com

Attorneys for Plaintiffs,
Board of Trustees of Sheet Metal Workers Local 104
Health Care Plan, et al.

Joseph W. McCarthy, Esq. (SBN 16443)
JOSEPH W. MCCARTHY, A LAW CORPORATION
400 Reed Street/PO Box 58032
Santa Clara, California  95050
Telephone: (408) 727-4111
Facsimile: (408) 727-4343
joe@mccarthylawcorp.com

Attorneys for Defendant,
Bay Area Balancing & Cleanrooms, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDS OF TRUSTEES OF SHEET METAL WORKERS LOCAL 104 HEALTH CARE PLAN, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>BAY AREA BALANCING AND CLEANROOMS, INC.,<br><br>Defendant. | Case No.:  C14-01739 HSG<br><br>**JOINT STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>Date:  May 24, 2016<br>Time:  2:00 p.m.<br>Ctrm:  Courtroom 15, 18th Floor<br>          450 Golden Gate Avenue<br>Judge: The Honorable Haywood S. Gilliam |

The parties to this matter, by and through their respective counsel of record, hereby respectfully request that the Case Management Conference currently scheduled for May 24, 2016, at 2:00 p.m. in the above-captioned Court, be continued for approximately forty-five to sixty (45-60) days, as follows:

1.      As the Court's records will reflect, this action was filed on April 15, 2014 to compel Defendant to comply with the terms of its Collective Bargaining Agreement. [Dkt. No. 1].

2.      The Clerk entered Defendant's Default on June 13, 2014 [Dkt. No. 13], which was subsequently set aside through stipulation of the parties on March 2, 2015. [Dkt. No. 36].

3.      Defendant's counsel substituted into this matter to replace Defendant's prior counsel on April 1, 2015. [Dkt. No. 42].

4.      On April 1, 2015, Defendant filed an Answer to the Complaint, and a Counterclaim against Plaintiff Sheet Metal Workers' International Association Local Union No. 104 ("Union"). [Dkt. No. 43].

5.      The Union obtained separate counsel on April 15, 2015. [Dkt. No. 44].

6.      Through stipulation of the parties, the Union was granted an extension of time to file its response to the Counterclaim, up to and including May 13, 2015. [Dkt. No. 46].

7.      On May 12, 2015, Defendant filed a Voluntary Dismissal of the Counterclaim against the Union. [Dkt. No. 47].

8.      On August 11, 2015, Defendant filed a Motion for Leave to File Counterclaim against the Union. [Dkt. No. 58]. On August 12, 2015, Defendant and the Union filed a Stipulation for Extension of Time to Respond to Motion for Leave to File Counterclaim [Dkt. No. 59].

9.      On August 13, 2015, Defendant re-noticed the hearing on its Motion for Leave to File Counterclaim. [Dkt. No. 61].

10.     Also on August 13, 2015, the Court granted Defendant's and the Union's Stipulation for Extension of Time to Respond to Motion for Leave to File Counterclaim. [Dkt. No. 62]. The Court set the Union's Response deadline to September 3, 2015, and Defendant's Reply deadline to September 10, 2015.

11.     The Union filed its Response on September 3, 2015, and Defendant filed its Reply on September 9, 2015. [Dkt. Nos. 65-66]. The hearing on Defendant's Motion for Leave to File Counterclaim was held on October 15, 2015, and the matter was taken under submission by the Court.

1   12.     On October 30, 2015, Plaintiffs filed a Motion for Summary Judgment against
2   Defendant. [Dkt. Nos. 68-75].

3   13.     On November 10, 2015, the Court rescheduled the hearing on Plaintiffs' Motion for
4   Summary Judgment to December 10, 2015. [Dkt. No. 77].

5   14.     On November 13, 2015, Defendant filed its Response to Plaintiffs' Motion for
6   Summary Judgment. On November 20, 2015, Plaintiffs filed a Reply to Defendant's Response.
7   [Dkt. Nos. 78, 80].

8   15.     On November 16, 2015, the Court entered an Order denying Defendant's Motion
9   for Leave to File Counterclaim against the Union. [Dkt. No. 79].

10  16.     The hearing on Plaintiffs' Motion for Summary Judgment against Defendant was
11  held on December 10, 2015, and the matter was taken under submission by the Court.

12  17.     On May 13, 2016, the Court entered an Order Granting in Part and Denying in Part
13  Plaintiffs' Motion for Summary Judgment, and scheduled a Case Management Conference for
14  May 24, 2016 to discuss trial and settlement conference dates. [Dkt. No. 82].

15  18.     The parties are attempting to settle this matter without the need for further
16  litigation. Plaintiffs have prepared a payment plan for amounts owed by Defendant, in the form of
17  a Judgment Pursuant to Stipulation, which is pending with Defendant for execution.

18  19.     Plaintiffs have been informed by the Union that it intends to seek attorneys' fees
19  and costs incurred in the Counterclaim litigation described herein.

20  20.     There are no further issues that need to be addressed by this Court at the currently
21  scheduled Case Management Conference.  In the interest of conserving costs as well as the Court's
22  time and resources, parties respectfully request that the Court continue the currently scheduled Case
23  Management Conference for approximately forty-five to sixty (45-60) days, to allow for sufficient
24  time for Defendant to execute, and Plaintiffs to file, the Judgment Pursuant to Stipulation.

25  21.     The parties hereto recognize that a case management conference statement is due
26  seven days in advance of the case management conference date, pursuant to Local Rule 16-9.
27  Should this Court require parties to file a complete Case Management Conference Statement,
28  parties will do so promptly.

Dated: May 17, 2016                          SALTZMAN & JOHNSON
                                             LAW CORPORATION


                                      By:   _____/S/_____
                                             Michele R. Stafford, Esq.
                                             Attorneys for Plaintiffs, Board of Trustees of
                                             Sheet Metal Workers Local 104 Health Care
                                             Plan, et al.

Dated: May 17, 2016                          JOSEPH W. MCCARTHY, A LAW
                                             CORPORATION


                                      By:   _____/S/_____
                                             Joseph W. McCarthy, Esq.
                                             Attorneys for Defendant, Bay Area Balancing
                                             & Cleanrooms, Inc.

**IT IS SO ORDERED.**

    Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to _____, and all related deadlines are extended accordingly.

Date: _____       _____
                                 THE HONORABLE HAYWOOD S. GILLIAM
                                 UNITED STATES DISTRICT COURT

4

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**
**Case No.: C14-01739 HSG**

1 | Dated: May , 2016
                        SALTZMAN & JOHNSON
                        LAW CORPORATION

                        By: _____
                        Michele R. Stafford, Esq.
                        Attorneys for Plaintiffs, Board of Trustees of
                        Sheet Metal Workers Local 104 Health Care
                        Plan, et al.

Dated: May 17, 2016
                        JOSEPH W. MCCARTHY, A LAW
                        CORPORATION

                        By: *(signature)* _____
                        Joseph W. McCarthy, Esq.
                        Attorneys for Defendant, Bay Area Balancing
                        & Cleanrooms, Inc.

**IT IS SO ORDERED.**

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to _____, and all related deadlines are extended accordingly.

Date: 5/19/2016        _____
                        HAYWOOD S. GILLIAM
                        [DENIED — Judge Haywood S. Gilliam Jr., United States District Court, Northern District of California]

---

4

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**
Case No.: C14-01739 HSG