Michele R. Stafford, Esq. (SBN 172509)
Erica J. Russell, Esq. (SBN 274494)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, California  94104
Telephone: (415) 882-7900
Facsimile: (415) 882-9287
mstafford@sjlawcorp.com
erussell@sjlawcorp.com

Attorneys for Plaintiffs,
Board of Trustees of Sheet Metal Workers Local 104
Health Care Plan, et al.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOARDS OF TRUSTEES OF SHEET METAL WORKERS LOCAL 104 HEALTH CARE PLAN, et al., | Case No.:  C14-01739 HSG |
| Plaintiffs, | **REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE; ORDER THEREON** |
| v. | Date:   May 24, 2016 |
| BAY AREA BALANCING AND CLEANROOMS, INC., | Time:   2:00 p.m. Ctrm:   Courtroom 15, 18th Floor              450 Golden Gate Avenue |
| Defendant. | Judge:  The Honorable Haywood S. Gilliam |

///

///

///

///

///

///

///

///

///

///

///

1

**REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE; [PROPOSED]**
**ORDER THEREON**
**Case No.: C14-01739 HSG**

1    Plaintiffs hereby respectfully request that the Court allow Plaintiffs to appear at the Case

2  Management Conference, scheduled for May 24, 2016, by telephone. As attorneys' fees and costs

3  are "out of pocket," Plaintiffs are attempting to keep fees (and thus the Trust Funds' loss) at a

4  minimum.

5  Dated: May 20, 2016                                    SALTZMAN & JOHNSON
                                                          LAW CORPORATION
6
7                                           By:    _____/S/_____
                                                   Erica J. Russell, Esq.
8                                                  Attorneys for Plaintiffs, Board of Trustees of
                                                   Sheet Metal Workers Local 104 Health Care
9                                                  Plan, et al.

10        IT IS SO ORDERED.

11        BASED ON THE FOREGOING and GOOD CAUSE APPEARING, Plaintiffs may appear

12  at the May 24, 2016, Case Management Conference by telephone. Counsel shall contact CourtCall

13  at (866) 582-6878 to make arrangements for the telephonic appearance.

14

15  DATED:  May 20, 2016

16                                          _____

17                                          UNITED STATES DISTRICT COURT JUDGE

18

19

20

21

22

23

24

25

26

27

28
                                              2
REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE; [PROPOSED]
                                                                  ORDER THEREON
                                                                  Case No.: C14-01739 HSG