UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BOARDS OF TRUSTEES OF SHEET METAL WORKERS LOCAL 104 HEALTH CARE PLAN, et al.,

    Plaintiffs,

v.

BAY AREA BALANCING AND CLEANROOMS, INC.,

    Defendant.

Case No.  14-cv-01739-HSG   (EDL)

**ORDER GRANTING REQUEST TO APPEAR BY PHONE**

The Court is in receipt of Sheet Metal Workers' Local Union No. 104's request that its insurance adjuster be allowed to participate in the August 10, 2016 settlement conference by phone. Upon consideration of the request, the Court finds good cause for excusing the adjuster's personal appearance. Therefore, it is hereby ORDERED that adjuster be available by telephone from 9:30 a.m. Pacific Standard Time until further notice on August 10. If the Court concludes that the absence of this individual is interfering with the settlement conference, the Court may continue the settlement conference and order his or her personal attendance.

**IT IS SO ORDERED.**

Dated:  August 2, 2016



ELIZABETH D. LAPORTE
United States Magistrate Judge